## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT P. SHEILS, JR., AS TRUSTEE FOR SMITH & MORRIS HOLDINGS, LLC, MICHAEL C. MORRIS AND STEPHEN G. SMITH,

                Respondents

        v.

LINDA F. BARTLES, EXECUTRIX OF THE ESTATE OF SCOTT J. SMITH, F.J. MONAGHAN, JAMES L. BRENNAN, JR., JUANITA PISANO, BILL CANFIELD, ROBERT JENNINGS, TIFFANY S. KOMINSKI, CAROLYN J. LORENT, AND HARRY DEVRIEZE, INDIVIDUALLY IN THEIR PERSONAL CAPACITIES AND AS COUNCIL PEOPLE FOR THE BOROUGH OF HONESDALE, AND THE BOROUGH OF HONESDALE, WAYNE COUNTY, PENNSYLVANIA,

                Petitioners

: No. 387 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.